# UNITED STATES BANKRUPTCY COURT
**Eastern District of Michigan**

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/13/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cynthia O. Mullen
5324 Van Ness Dr.
Bloomfield Hills, MI 48302

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 13–57182–tjt | xxx–xx–6604 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| David Findling<br>415 S. West Street<br>Royal Oak, MI 48067<br>Telephone number: (248) 399–9700 | Homer W. McClarty<br>19785 West 12 Mile Road<br>#331<br>Southfield, MI 48076<br>Telephone number: (248) 352–7686 |

## Meeting of Creditors
Date: **October 23, 2013**   Time: **09:00 AM**
Location: **211 West Fort St., Room 315, Detroit, MI 48226**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/23/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>211 West Fort Street<br>Detroit, MI 48226<br>Telephone number: 313–234–0065 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
|---|---|
| Hours Open: Monday – Friday 08:30 AM – 4:00 PM | Date: 9/13/13 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

In re:
Cynthia O. Mullen
    Debtor

Case No. 13-57182-tjt
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0645-2    User: admin    Page 1 of 1    Date Rcvd: Sep 13, 2013
Form ID: b9a    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2013.

```
db           +Cynthia O. Mullen,    5324 Van Ness Dr.,    Bloomfield Hills, MI 48302-2668
22356044     +A.J. Desmond and Sons Funeral Home,    32515 Woodward Ave.,    Royal Oak, MI 48073-0950
22356048     +Christopher Mullen,    5324 Van Ness Dr.,    Bloomfield Hills, MI 48302-2668
22356050     +Elisa Wyatt, Esq.,    Berry Moorman PC,    535 Griswold St Ste 1900,    Detroit, MI 48226-3686
22356051     +Great Lakes Higher Education,    PO BOX 7860,    Madison, WI 53707-7860
22356052     +OAKLAND MEDICAL CENTER,    c/o Congress Collection Corp.,    24901 Northwestern Hwy.,    Ste. 300,
              Southfield, MI 48075-2207
22356053     +Saks First,    PO BOX 30253,    Salt Lake City, UT 84130-0253
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: kristina@findlinglaw.com Sep 13 2013 21:41:09     David Findling,
              415 S. West Street,    Royal Oak, MI  48067
tr           +EDI: BHWMCCLARTY.COM Sep 13 2013 21:43:00      Homer W. McClarty,    19785 West 12 Mile Road,
              #331,    Southfield, MI 48076-2584
22356045     +E-mail/Text: bonnie@ljross.com Sep 13 2013 21:41:42     BEAUMONT ROYAL OAK HOSP,
              c/o LJ ROSS AND ASSOCIATES,    6360 W JACKSON Rd.,    Ann Arbor, MI 48103-9597
22356046     +EDI: ICSYSTEM.COM Sep 13 2013 21:48:00      BLOOMFIELD O M S,    c/o I C SYSTEM INC,    PO BOX 64378,
              Saint Paul, MN 55164-0378
22356047     +EDI: CAPITALONE.COM Sep 13 2013 21:48:00      Capital One,    PO BOX 30281,
              Salt Lake City, UT 84130-0281
22356049     +EDI: CIAC.COM Sep 13 2013 21:48:00      Citimortgage,    MS 945,    1000 Technology Drive,
              O Fallon, MO 63368-2240
22356054     +EDI: DRIV.COM Sep 13 2013 21:48:00      SANTANDER CONSUMER USA,    5201 RUFE SNOW DR.,
              North Richland Hills, TX 76180-6036
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2013      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2013 at the address(es) listed below:
NONE.      TOTAL: 0